IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATERINA SAMPSON, :
on behalf of S.J.S., a minor, :
 :
    Plaintiff, :
 :
vs. :
 : CIVIL ACTION 13-563-M
CAROLYN W. COLVIN, :
Social Security Commissioner, :
 :
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Katerina Sampson on behalf of S.J.S.

DONE this 29th day of May, 2014.

                                      s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE